MEMORANDUM OPINION



No. 04-03-00823-CR



Alex PENA,


Appellant



v.



STATE of Texas,


Appellee



From the 81st Judicial District Court, Atascosa County, Texas


Trial Court No. 01-05-0092-CRA


Honorable Donna S. Rayes, Judge Presiding



Per Curiam 


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: June 23, 2004 


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 Appellant filed a motion to dismiss this appeal. The motion is granted. The appeal is
dismissed. See Tex. R. App. P. 42.2(a). Our mandate may be issued early upon proper
motion. Tex. R. App. P. 18.1(c).

 PER CURIAM

Do Not Publish